FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 29 2010
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 30 2010
CENTRAL DISTRICT OF CALIFORNIA
BY

JS - 6/ENTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| VINCENT PEREZ, | Case No. CV 10-3435-VBF (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN, | |
| Respondent. | |

IT IS ADJUDGED that the Motion for Appointment of Counsel is DENIED without prejudice.

Dated: June 29, 2010

*Valerie Baker Fairbank*
Valerie Baker Fairbank
United States District Judge